# Third District Court of Appeal

## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0117
Lower Tribunal No. F18-12613C
_____

**Neisser F. Lezcano,**
Appellant,

vs.

**The State of Florida,**
Appellee.



An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.


Before LOGUE, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed. See Duest v. State, 462 So. 2d 446, 449 (Fla. 1985) ("The law is well established that admission of photographic evidence is within the trial court's discretion and that a court's ruling will not be disturbed on appeal unless there is a showing of clear abuse.").